Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>    Plaintiff,<br><br>  vs.<br><br>HSG FARMERS, INC., A California Corporation dba JOHNNY QUIK FOOD STORE aka JOHNNY QUIK FOOD STORE 149 aka JOHNNY QUIK 149 aka JOHNNY QUICK FOOD STORE aka JOHNNY QUICK FOOD STORE 149,<br><br>    Defendants. | No. 1:12-cv-01268-LJO-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant have settled the matter in its entirety amongst themselves;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

///

///

///

*Shaw v. HSG Farmers, Inc., et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order
Page 1

1   Date: October 22, 2012         MOORE LAW FIRM, P.C.

2

3                              /s/Tanya E. Moore
                              Tanya E. Moore

4                              Attorneys for Plaintiff Cecil Shaw

5

6                             **ORDER**

7        Good cause appearing,

8        IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

9   The clerk is directed to close this action.

10

11

12  IT IS SO ORDERED.

13

14    Dated:   **October 22, 2012**          **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Shaw v. HSG Farmers, Inc., et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order
Page 2