1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Cecil Shaw

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, | No. 1:12-cv-01268-LJO-SMS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| HSG FARMERS, INC., A California Corporation dba JOHNNY QUIK FOOD STORE aka JOHNNY QUIK FOOD STORE 149 aka JOHNNY QUIK 149 aka JOHNNY QUICK FOOD STORE aka JOHNNY QUICK FOOD STORE 149, | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant have settled the matter in its entirety amongst themselves;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

///

///

///

*Shaw v. HSG Farmers, Inc., et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order
Page 1

1 | Date: October 22, 2012    MOORE LAW FIRM, P.C.

/s/Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff Cecil Shaw

## **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:    **October 22, 2012**         /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

*Shaw v. HSG Farmers, Inc., et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order
Page 2